PER CURIAM.
We hold, and the State concedes, that the defendant’s conviction for robbery, predicated on the same petit theft for which he was previously convicted and sentenced, cannot stand.[1] See State v. Rodriquez, 500 So.2d 120 (Fla.1986).
Habeas Corpus is granted. The conviction and sentence for robbery are vacated, and the cause is remanded for resentenc-ing.

. On direct appeal we affirmed the defendant’s convictions and sentences for burglary, robbery and battery. In affirming the robbery conviction we held that a prior conviction of the "necessarily-included petty larceny offense ... is not supported in this record by the necessary showing that a previous conviction of the necessarily-included offense in fact occurred.” Moore v. State, 468 So.2d 1081 (Fla. 3d DCA 1985). The record now contains proof of the prior conviction.